7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Karyn S Gaunt and Brent R Gaunt
*Debtor*

*Bankruptcy Case No.*
10–45600–jwv7

**David C. Stover**
   Plaintiff(s)

*Adversary Case No.*
12–04136–jwv

v.

**Karyn S Gaunt**
**Brent R Gaunt**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Debtors discharges shall be revoked pursuant to 11 U.S.C. §§ 727(a)(6) and (d)(3) and that a default judgment shall be entered against the Debtors/Defendants in the amount of the $250.00 costs of this action.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
Deputy Clerk



Date of issuance: 8/8/12

Court to serve